UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                  Case No.: 09-33906
JEROME K. BARRY                  Chapter 7
KIMBERLY S. BARRY              Hon. Daniel S. Opperman

                                  Debtor(s).
_____/

**NOTICE OF DIVIDENDS
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

       The attached check in the amount of $11.30 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows: see attached:

Dated: 12/9/10

                                                     /s/ Collene K. Corcoran, Trustee
                                                     Collene K. Corcoran, Trustee
                                                     PO Box 535
                                                     Oxford, MI 48371
                                                     (248) 969-9300
                                                     ccorcoran@epiqtrustee.com

# DIVIDENDS REMITTED TO THE COURT
Check Number 110 Dated 12/09/10
Case Number 09-33906 - BARRY, JEROME K.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| O'REILLY AUTOMOTIVE, INC.<br>C/O THE VOGLER LAW FIRM, P.C.<br>#XXX9093<br>P.O. BOX 419037<br>ST. LOUIS, MO 63141-9037 | 000001 | 1,894.34 | 0.50 |
| CHASE BANK USA, N.A.<br>#XXX5128<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 000002 | 6,649.26 | 1.74 |
| ELAN FINANCIAL SERVICES<br>#XXX4982<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | 000004 | 13,146.03 | 3.43 |
| FOSTER BLUE WATER OIL LLC<br>#XXX0240<br>PO BOX 430<br>RICHMOND MI 48062-0430 | 000008 | 10,634.04 | 2.78 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>#XXX 4537 & 9158<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | 000009 | 3,276.40 | 0.86 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>#XXX4227 & 2025<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | 000010 | 7,592.91 | 1.99 |
| ---------- Remittance Total --------------- | | 43,192.98 | 11.30 |